# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NELSA MONTUFAR-MEJIA** and **E.A.M., a minor,**<br><br>            **Plaintiff**,<br><br>     v.<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.,**<br><br>            **Defendants**. | Case No. 1:18-cv-02131-PLF<br><br>Judge Paul L. Friedman |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

The parties respectfully submit this joint status report pursuant to this Court's Memorandum Opinion and Order dated September 13, 2018, ECF No. 4, and agree to the following proposed briefing and hearing schedule.

1.     On September 25, 2018, Plaintiffs shall file their Motion for Preliminary Injunction and any accompanying affidavits.

2.     On October 3, 2018, Defendants shall file their response to Plaintiffs' Motion for Preliminary Injunction.

3.     On October 5, 2018, Plaintiffs shall file their Reply in Support of their Motion for Preliminary Injunction.

4.     The parties request that the Court schedule the hearing on the Motion for Preliminary Injunction on October 9, 2018, if convenient for the Court.

Dated: September 14, 2018

/s/ Timilin Sanders
Anne Robinson, DC Bar No. 503232
Timilin Sanders, DC Bar No. 989110
Clayton LaForge, DC Bar No. 1033938

LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington DC 20004
(202) 637-2200
Timilin.sanders@lw.com

*Attorneys for Plaintiffs*


JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2539
Email: Marsha.Yee@usdoj.gov

*Counsel for Defendants*