UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NELSA MONTUFAR-MEJIA and E.A.M., a minor,<br><br>**Plaintiff**,<br><br>v.<br><br>U.S IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), ET AL.,<br><br>**Defendants**. | Case No. 1:18-cv-02131-PLF<br><br>Judge Paul L. Friedman |

## **DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Nelsa Montufar-Mejia and E.A.M., a minor, ("Plaintiffs"), through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismiss this action to the following terms:

1. Plaintiffs hereby dismiss all claims without prejudice, and request the Court lift the Temporary Restraining Order.

2. Each party will bear its own costs and fees, including but not limited to attorneys' fees.

Dated: October 3, 2018

*/s/Timilin Sanders*
Anne Robinson, DC Bar No. 503232
Timilin Sanders, DC Bar No. 989110
Clayton LaForge, DC Bar No. 1033938
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington DC 20004
(202) 637-2200
anne.robinson@lw.com
timilin.sanders@lw.com
clayton.laforge@lw.com
*Attorneys for Plaintiffs*